### Albert PETERS et al.

v.

### JIM WALTER DOOR SALES OF TAMPA, INC. et al.

### No. 84–82–M.P.

Supreme Court of Rhode Island.

April 19, 1984.

Raymond A. LaFazia, Edward L. Gnys III, Providence, for petitioners.

Kenneth P. Borden, John F. Cuzzone, Jr., Amedeo C. Merolla, Robert W. Lovegreen, Angelo R. Marocco, Providence, for respondents.

## ORDER

The petition for writ of certiorari is denied.

WEISBERGER, J., did not participate.

■

### STATE of Rhode Island DEPT. OF CORRECTIONS

v.

### William J. MORRO et al.

### William J. MORRO

v.

### STATE of Rhode Island DEPT. OF CORRECTIONS.

### No. 83–488–M.P.

Supreme Court of Rhode Island.

April 19, 1984.

Lynette J. Labinger, Cynthia M. Hiatt (RI Commission for Human Rights), Providence, for petitioner.

George M. Cappello (Dept. of Corrections), Cranston, for respondents.

## ORDER

This matter came before the court on the petitioners' motion suggesting that the issues raised herein are governed by this court's recent opinion in *In re Rhode Island Commission for Human Rights*, 472 A.2d 1211 (R.I.1984.) We have examined the record, and we agree.

Accordingly, the petition for writ of certiorari is granted, the September 22, 1983 judgment of the Superior Court entered in these consolidated cases is quashed, and the papers are returned to the Superior Court for further proceedings.